IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CEDRICK SCOTT, | No. C 10-05218 SBA (PR) |
| Plaintiff, | **ORDER OF TRANSFER** |
| v. | |
| WARDEN FRANCISCO, et al., | |
| Defendants. | |

_____/

Plaintiff, proceeding pro se, brings this action under Bivens v. Six Unknown Named Agents, 403 U.S. 388 (1971), complaining of deprivations of his civil rights.

When jurisdiction is not founded solely on diversity, venue is proper in the district in which (1) any defendant resides, if all of the defendants reside in the same State, (2) the district in which a substantial part of the events or omissions giving rise to the claim occurred, or a substantial part of property that is the subject of the action is situated, or (3) a judicial district in which any defendant may be found, if there is no district in which the action may otherwise be brought. See 28 U.S.C. § 1391(b).

The acts complained of occurred at the United States Penitentiary - Victorville in San Bernardino California, which lies within the venue of the Eastern Division of the Central District of California, and it appears that the Defendants reside in that district. Venue, therefore, properly lies in that district and not in this one. See id.

Accordingly, in the interest of justice and pursuant to 28 U.S.C. § 1406(a), this action is TRANSFERRED to the Eastern Division of the United States District Court for the Central District of California. The Clerk of the Court shall transfer the case forthwith. All remaining motions are TERMINATED on this Court's docket as no longer pending in this district.

IT IS SO ORDERED.

DATED: 12/6/10

_____
SAUNDRA BROWN ARMSTRONG
United States District Judge

1   UNITED STATES DISTRICT COURT
    FOR THE
2   NORTHERN DISTRICT OF CALIFORNIA

3

4   CEDRICK SCOTT,                                    Case Number: CV10-05218 SBA

            Plaintiff,                                **CERTIFICATE OF SERVICE**
5
      v.
6
    FRANCISCO et al,
7
            Defendant.
8   ──────────────────────────────/

9   I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District
10  Court, Northern District of California.

11  That on December 8, 2010, I SERVED a true and correct copy(ies) of the attached, by placing said
    copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said
12  envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle
    located in the Clerk's office.

13

14

15  Cedrick Scott 03169-095
    Federal Correctional Complex
16  P.O. Box 5300
    Adelanto, CA 92301
17
    Dated: December 8, 2010
18                                              Richard W. Wieking, Clerk
                                                By: LISA R CLARK, Deputy Clerk
19

20

21

22

23

24

25

26

27

28

**United States District Court**
For the Northern District of California

G:\PRO-SE\SBA\CR.10\Scott5218.Transfer(Bivens).wpd